UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:26-mj-01111-NPM

TIMOTHY HOLMES

| **Judge:** | Nicholas P. Mizell | **Counsel for Government** | Patrick Darcey |
|---|---|---|---|
| **Deputy Clerk:** | Maria DaSilva | **Counsel for Defendant:** | Yvette Gray / |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Danielle Sull |
| **Date/Time** | March 18, 2026 11:45 AM | **Interpreter** | N/A |
| **Bench Time** | 11:48 AM – 12:55 PM – 1 Hour 7 Minutes | | |

## CLERK'S MINUTES – INITIAL APPEARANCE

Defendant arrested on an Indictment from the Northern District of Illinois.
Defendant advised of rights, charges, penalties, etc...
Defendant requests court-appointed counsel. The Court, based on Defendant's financial affidavit, appoints the Federal Public Defender for the initial appearance only. Defendant must reimburse the Government for all attorneys' fees and costs associated with this appointment.
**ORDER TO BE ENTERED.**
Court advises defendant of Rule 20 rights.
Court advised the parties of the requirements of the Due Process Protections Act.
Government summarized allegations and penalties.
Defendant waives his right to an identity hearing and requests to have his preliminary hearing in the prosecuting district.
**<u>DETENTION</u>**
Government orally moves for detention and advises the Court that there is a risk of flight and danger to the community.
Defendant presents arguments.
Witness for the Defendant: Lynne Holmes (12:11 AM – 12:16 AM)
The Court releases Defendant subject to conditions of release.
**ORDER SETTING CONDITIONS OF RELEASE TO BE ENTERED.**